UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**BEAL BANK (f/k/a Beal Bank, S.S.B.)**

    *Plaintiff*

CIVIL ACTION NO. _____

**Versus**

**NGOC L. HO, BIEU VAN HO, and MINH NGUYEN, individually and** *in personam,*

SECTION _____

    **and**

JUDGE _____

**The Documented Vessel KIMMY III, Official Number 1089343, with its engines, machinery, equipment, fixtures, electronics, navigational electronics and devices, appurtenances, etc.,** *in rem*

MAGISTRATE JUDGE _____

    *Defendants*

## VERIFIED COMPLAINT

The verified complaint of **BEAL BANK**, f/k/a Beal Bank, S.S.B., Plaintiff herein, through undersigned counsel, respectfully states:

I.

Plaintiff is a federal savings bank and has its principal place of business in the City of Plano, County of Collins, State of Texas.

II.

Named as Defendants *in personam* are the following individuals:

A.    **Ngoc L. Ho**, a person of the full age of majority domiciled in the State of Texas;

B.    **Bieu Van Ho**, a person of the full age of majority domiciled in the State of Louisiana; and

    C.    **Minh Nguyen**, a person of the full age of majority domiciled in the State of Texas, hereinafter sometimes referred to as "Guarantor."

Defendants, Ngoc L. Ho and Bieu Van Ho are hereinafter sometime collectively referred to as "Principal Obligors."

III.

Named as Defendant *in rem* is the documented vessel, **KIMMY III**, Official Number 1089343, with its engines, machinery, equipment, fixtures, electronics, navigational electronics and devices, appurtenances, etc. (the "Vessel").

JURISDICTION AND VENUE

IV.

This action seeks enforcement of a certain Preferred Ship Mortgage pursuant to 46 U.S.C. § 31321, *et seq.*, and other security interests in a vessel and of related civil and maritime contractual rights against the Vessel, *in rem*. This action falls within this Court's admiralty and maritime subject matter jurisdiction within the meaning of 28 U.S.C. § 1333 and 46 U.S.C. § 31301, *et seq.*, as hereinafter fully appears, and is *inter alia* an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

V.

In addition, any claims, if any, which do not fall within this Court's admiralty and maritime subject matter jurisdiction are within this Court's supplemental jurisdiction under 28 U.S.C. § 1367.

VI.

Venue is in the Western District of Louisiana, Lafayette Division, in that the Vessel is found and located here and will remain here during the pendency of this action.

2

## STATEMENT OF CLAIMS

### VII.

At all times herein mentioned, Defendant Ngoc L. Ho was and still is the owner, and is in possession and control, of the Vessel.

### VIII.

The Vessel is now and, during the pendency of this action, will be within the Western District of Louisiana.

### IX.

For valuable consideration, including loan advances or loan refinancing advances, the Principal Obligors executed a U.S. Small Business Administration Note dated December 29, 1999 and made payable to the order of Net First National Bank ("NFNB") in the principal amount of $715,000.00 (the "Note"). A copy of the Note is attached hereto as Exhibit "P-1".

### X.

To secure repayment of all amounts owing under the Note, Defendant Ngoc L. Ho executed a U.S. Small Business Administration Unconditional Guarantee dated December 29, 1999 in favor of NFNB (the "NLH Guarantee"), making Ngoc L. Ho *jointly and severally* liable with Defendants Bieu Van Ho and Minh Nguyen for all sums due and owing on the Note. A copy of the NLH Guarantee is attached hereto as Exhibit "P-2".

### XI.

To secure repayment of all amounts owing under the Note, Defendant Bieu Van Ho executed a U.S. Small Business Administration Unconditional Guarantee dated December 29, 1999 in favor of NFNB (the "BVH Guarantee"), making Bieu Van Ho *jointly and severally* liable with Defendants Ngoc L. Ho and Minh Nguyen for all sums due and owing on the Note. A copy of the BVH Guarantee is attached hereto as Exhibit "P-3".

XII.

To secure repayment of all amounts owing under the Note, Defendant Minh Nguyen executed a U.S. Small Business Administration Unconditional Guarantee dated December 29, 1999 in favor of NFNB (the "MN Guarantee"), making Minh Nguyen *jointly and severally* liable with Defendants Ngoc L. Ho and Bieu Van Ho for all sums due and owing on the Note.  A copy of the MN Guarantee is attached hereto as Exhibit "P-4".

XIII.

In order to secure the payment in full to NFNB of the indebtedness due under the Note, including principal, interest, costs and fees, Defendant Ngoc L. Ho duly executed and delivered to NFNB, as mortgagee, the following Preferred Ship Mortgage (the " Mortgage") on the Vessel:

> Preferred Ship Mortgage dated February 3, 2000 covering the whole of the vessel **KIMMY III**, a documented vessel bearing Official Number 1089343, a copy of which Mortgage is attached hereto as Exhibit "P-5".

XIV.

At the time the Mortgage was executed, the Vessel mortgaged therein was documented under the laws of the United States of America and had its home port at New Iberia, Louisiana.

XV.

The Mortgage was duly filed with the Secretary of Transportation/United States Coast Guard at Falling Waters, West Virginia, in substantial compliance with 46 U.S.C. § 31321, on February 22, 2000, in Book 00-19, Page 73.

XVI.

NFNB subsequently failed and the Federal Deposit Insurance Corporation ("FDIC") became the Receiver for NFNB.  In its capacity as Receiver, the FDIC transferred and conveyed to Plaintiff all of the right, title and interest in and to the Note, the Mortgage and any UCC Security Interest, as evidenced by the following instruments:

4

A.   Note Allonge executed by the FDIC, a copy of which instrument is attached hereto as Exhibit "P-6";

B.   Transfer of Note(s) and Assignment of Preferred Ship Mortgage dated September 13, 2002, a copy of which instrument is attached hereto as Exhibit "P-7"; and

C.   Assignment of interests in the Mortgage dated September 13, 2002 and as duly filed with the Secretary of Transportation/United States Coast Guard at Falling Waters, West Virginia, in substantial compliance with 46 U.S.C. § 31321, on September 30, 2002 in Book 02-129, Page 13, a copy of which instrument is attached hereto as Exhibit "P-8."

XVII.

Plaintiff has been and remains the owner and holder of the Note.

XVIII.

The Note is in default and all amounts due thereon are overdue and owing to Plaintiff. The Principal Obligors have defaulted in the payment of one or more installments due under the Note and, accordingly, Plaintiff may require, and is requiring, immediate payment by the Principal Obligors and Guarantor of all amounts owing under the Note, pursuant to Section 6 of the Note.

XIX.

The Principal Obligors and Guarantor are jointly and severally liable to Plaintiff in the full and true principal sum of $525,283.70, plus accrued interest in the amount of $41,490.36 as of March 30, 2009, *per diem* interest (based on a variable rate) currently in the amount of $86.85 per day, reasonable attorneys fees, and all costs of these proceedings.

XX.

Plaintiff, as the owner and lawful holder of the Note, made amicable demand upon the Principal Obligors for payment of the Note. However, Section 6 of the Note did not require that notice or demand be given by Plaintiff to the Principal Obligors. In Section 6 of the MN Guarantee, Guarantor waived any notice of any default under the Note.

XXI.

All copies of exhibits attached hereto are true and correct copies of the originals of said exhibits.

WHEREFORE, PLAINTIFF PRAYS:

1.

That process in due form of law according to the course and practice of this Honorable Court in causes in admiralty and maritime jurisdiction issue against the following Vessel, its engines, machinery, equipment, fixtures, electronics, navigational electronics and devices, appurtenances, etc., and all other necessaries thereunto appertaining and belonging, *in rem*, and against the owner of the Vessel (Ngoc L. Ho) and the Principal Obligors Ngoc L. Ho and Bieu Van Ho, *in personam*, and that all persons claiming any interest in the Vessel be cited to appear and answer on oath, all and singular, in the matters aforesaid:

> The vessel **KIMMY III**, a documented vessel bearing Official Number 1089343.

2.

That warrant for the arrest of the Vessel, its engines, machinery, equipment, fixtures, electronics, navigational electronics and devices, appurtenances, etc., and any and all additions, improvements and replacements thereafter made, in or for the Vessel issue and that all persons claiming any interest therein be cited to appear and answer the matters aforesaid and that Plaintiff have judgment against the Vessel for all amounts due and owing on the Note.

3.

That the Vessel, its engines, machinery, equipment, fixtures, electronics, navigational electronics and devices, appurtenances, etc., and any and all additions, improvements and replacements thereafter made, in or for the Vessel, be condemned and sold by the United States Marshal

to pay Plaintiff's demands and claims aforesaid, including all principal, interest, costs and attorney fees, and to pay any and all other amounts required to be paid by the mortgagor to the mortgagee under the Mortgage with interest and costs, that Plaintiff be permitted to be a purchaser at any sale of the mortgaged property, and that the proceeds realized be paid over to Plaintiff to satisfy its claims and liens as recognized by this Court in judgment or otherwise.

4.

That the following Mortgage be declared to be a valid and subsisting preferred mortgage lien, as security for the payment of the indebtedness of the Principal Obligors to Plaintiff on the Note and upon the Vessel, its engines, machinery, equipment, fixtures, electronics, navigational electronics and devices, appurtenances, etc., and any and all additions, improvements and replacements thereafter made, in or for the respective Vessel in the Mortgage described and thereby conveyed and transferred, prior and superior to the interests, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as may hold preferred maritime liens upon the Vessel:

> Preferred Ship Mortgage dated February 3, 2000 covering the whole of the vessel **KIMMY III**, a documented vessel bearing Official Number 1089343, filed with the Secretary of Transportation/United States Coast Guard at Falling Waters, West Virginia, in substantial compliance with 46 U.S.C. § 31321, on February 22, 2000, in Book 00-19, Page 73.

5.

That this Court may direct the manner in which actual notice of the commencement of this suit shall be given by Plaintiff to the Master or other ranking officer or caretaker of the Vessel, and to any person, firm or corporation who has recorded a notice of claim of an undischarged lien upon any of the Vessel.

6.

That the Principal Obligors Ngoc L. Ho and Bieu Van Ho, and Guarantor Minh Nguyen, be cited to appear and answer on oath, all and singular, the matters aforesaid.

7.

That judgment be rendered herein in favor of Plaintiff Beal Bank, f/k/a Beal Bank, S.S.B., and against Defendants Ngoc L. Ho, Bieu Van Ho and Minh Nguyen, *jointly and severally*, on the Note in the full and true principal sum of $525,283.70, plus accrued interest in the amount of $41,490.36 as of March 30, 2009, *per diem* interest (based on a variable rate) currently in the amount of $86.85 per day, reasonable attorneys fees, and all costs of these proceedings, with the proceeds, if any, of the sale of the Vessel to be applied to such indebtedness.

8.

That Plaintiff may have such other and further relief as the justice of the cause may require.

Respectfully submitted,

 s/Joseph P. Hebert
Joseph P. Hebert
LA Bar #6734; TX Bar #00789095
LISKOW & LEWIS
P. O. Box 52008
Lafayette, Louisiana  70505-2008
822 Harding Street
Lafayette, Louisiana  70503
Telephone:  (337) 232-7424
Facsimile:  (337) 267-2398

Attorneys for Plaintiff Beal Bank, f/k/a Beal Bank, S.S.B.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**BEAL BANK (f/k/a Beal Bank, S.S.B.)**

       *Plaintiff*

**Versus**

**NGOC L. HO, BIEU VAN HO, and MINH NGUYEN, individually and** *in personam,*

      **and**

**The Documented Vessel KIMMY III, Official Number 1089343, with its engines, machinery, equipment, fixtures, electronics, navigational electronics and devices, appurtenances, etc.,** *in rem*

      *Defendants*

CIVIL ACTION NO. _____

SECTION _____

JUDGE _____

MAGISTRATE JUDGE _____

## VERIFICATION

**BEFORE ME,** the undersigned Notary in and for the State of Louisiana, Parish of Lafayette, personally came and appeared **JOSEPH P. HEBERT,** who, after being duly sworn, did depose and say:

I.

That he is a shareholder in the law firm of Liskow & Lewis, attorneys of record for Plaintiff Beal Bank, f/k/a Beal Bank, S.S.B., herein; that he has read the foregoing Verified Complaint and has read and knows the contents thereof; and that the same is true to the best of his knowledge, information and belief;

II.

That the sources of this information and the grounds of his belief are statements, documents and information furnished to him by Plaintiff; and

III.

He makes this Verification on behalf of Plaintiff because Plaintiff has no officers within the Western District of Louisiana and he is duly authorized as agent to make this Verification on behalf of Plaintiff.

JOSEPH P. HEBERT

SWORN TO AND SUBSCRIBED BEFORE ME, Notary Public, this 25th day of November, 2009.

Notary Name:_____
Notary or Bar No.:_____
My Commission Expires:_____

BILLY J. DOMINGUE
NOTARY PUBLIC
PARISH OF LAFAYETTE, STATE OF LA
BAR NO. 5012
MY COMMISSION EXPIRES AT DEATH

2